UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIMBERLY VANCOTT, | * CIVIL ACTION NO. 16-12302 |
| Plaintiff, | * SECTION " F " ( 3 ) |
| VERSUS | * JUDGE FELDMAN |
| RUBY ENTERPRISES LLC dba IHOP  Defendant. | * MAGISTRATE KNOWLES |
| ****************************************** | * Jury Requested. |

## JUDGMENT

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion to dismiss with prejudice, each party to bear their own costs and attorney's fee is hereby GRANTED.

IT IS THE JUDGMENT OF THIS COURT that the above-captioned matter is hereby dismiss with prejudice and the matter is closed with each party bearing their own costs and attorney's fees.

ORDER read and signed at New Orleans, Louisiana, this 7th day of   February  , 2017.

_____
DISTRICT COURT JUDGE